**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 B 15558 |
| Isaiah Warren, | ) | HON. Chief Judge A. Benjamin Goldgar |
| | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | |

**NOTICE OF MOTION**

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604;

Chief, Civil Division, U.S. Attorney's Office, Northern District of Illinois, 219 S. Dearborn, Street, Room 710, Chicago, IL 60604;

See attached Service List.

Please take notice that on January 24, 2022, at 9:30 a.m., I will appear before the Honorable Judge A. Benjamin Goldgar, or any judge sitting in that judge's place, and present the the application for payment of unclaimed funds, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 319 7225 and the password is 584922. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **PROOF OF SERVICE**

   The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditors and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on January 13, 2022.

                     */s/ Megan Swenson*
                      Attorney for Debtor

                      The Semrad Law Firm, LLC
                      20 S. Clark Street, 28th Floor
                      Chicago, IL 60603
                      (312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-15558<br>Northern District of Illinois<br>Eastern Division<br>Thu Jan 13 09:08:19 CST 2022 | DEVILLE ASSET MANAGEMENT LTD<br>PO BOX 788<br>Kirkland, WA 98083-0788 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| CREDIT MANAGEMENT LP<br>PO Box 118288<br>Carrollton, TX 75011-8288 | (p)CHICAGO DEPARTMENT OF LAW<br>ATTN BANKRUPTCY UNIT<br>121 N LASALLE ST SUITE 400<br>CHICAGO IL 60602-1264 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.c.<br>111 W Jackson Blvd Ste.600<br>Chicago IL. 60604-3517 |
| Commonwealth Edison Co<br>3 Lincoln Center<br>Attn: Bankruptcy  Section<br>Oak Brook Terrace IL 60181-4204 | Credit Management LP<br>6080 Tennyson Pkwy Ste 1<br>Plano, TX 75024-6002 | DEPT OF EDUCATION/NELN<br>121 S 13TH ST<br>LINCOLN, NE 68508-1904 |
| DEVILLE ASSET MANAGEME<br>1132 Glade Road<br>Colleyville, TX 76034-4227 | FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC<br>PO Box 7999<br>c/o Linda Dold<br>Saint Cloud, MN 56302-7999 | Harris and Harris LTD<br>111 W Jackson Blvd<br>Suite 600<br>Chicago, IL 60604-3517 |
| John H Stroger Hospital of cook County<br>1901 W Harrison<br>Chicago, Illinois 60612-3714 | MB Financial<br>6111 N. River Road<br>Des Plaines, IL 60018-5111 | MB Financial<br>990 N York<br>Elmhurst, Illinois 60126-1111 |
| PLS<br>3175 175th St<br>Suite 3<br>Hazel Crest, IL 60429-1662 | PLS<br>800 Jorie Blvd<br>Oak Brook, Illinois 60523-2296 | (p)PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH ST<br>CHICAGO IL 60601-6433 |
| Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Secretary of State of Illinois<br>9901 S. King Dr<br>Chicago, IL 60628-1523 | Stroger Hospital of Cook County<br>1900 W Polk Street<br>Chicago, IL 60612-3723 |
| T-Mobile<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | TCF<br>1405 Xenium LN N Ste 180<br>Minneapolis, MN 55441-4406 |
| TCF<br>200 Lake Street East<br>Wayzata, MN 55391-1693 | The Payday Loan Store<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380-0849 | US Department of Education c/o Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 |
| Amy E Donahue<br>The Semrad Law Firm, LLC<br>20 S Clark St, Suite 2800<br>Chicago, IL 60603-1811 | Brittney Mansfield<br>The Semrad Law Firm, LLC<br>20 S Clark St.<br>28th Floor<br>Chicago, IL 60603-1811 | Deborah Kanner Ebner<br>P. O. BOX 929<br>GLENVIEW, IL 60025-0929 |

Isaiah Warren
1640 W 35th St 2nd Floor
Chicago, IL 60609-1310

Megan Swenson
The Semrad Law Firm, LLC
20 S. Clark 28th Floor
Chicago, IL 60603-1811

Michael Spangler
The Semrad Law Firm, LLC
20 S Clark St, 28th Floor
Chicago, IL 60603-1811

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Ryan P Crotty
The Semrad Law Firm, LLC
20 S Clark St, Fl 28
Chicago, IL 60603-1811

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Chicago - Parking and red Light Tick
121 N. LaSalle Street
Chicago, IL 60602

Peoples Gas Light & Coke Company
200 E Randolph Street
Chicago IL 60601

T-Mobile
P O box 742596
Cincinnati, OH 45274

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Deville Asset Management, LTD

(d)DEVILLE ASSET MANAGEMENT
P O Box 788
Kirkland, WA 98083-0788

End of Label Matrix
Mailable recipients    34
Bypassed recipients     2
Total                  36

Document   Page 5 of 6

Form: U-1b

| Fill in this Information to identify the case: | |
|---|---|
| Debtor 1 | Isaiah _____ Warren _____ <br> First Name    Middle Name    Last Name |
| Debtor 2 <br> (Spouse, if filing) | _____ _____ _____ <br> First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: Northern District of Illinois (State) | |
| Case number: 18-15558 | |

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $1,381.24 |
|---|---|
| Claimant's Name: | Isaiah Warren |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 2136 E 80th St, Apt 3, Chicago, IL 60617 <br> (424)653-4405 <br> iwarren8989@yahoo.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☒ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

Revised: 20191203

4. **Notice to United States Attorney**

☐ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
__Northern__ District of __Illinois__
Chief Civil Division
U.S. Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604

5. **Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 1/11/2022

Signature of Applicant: *Megan A. Swenson*

Printed Name of Applicant: Megan A. Swenson

Address: 20 S. Clark Street, 28th Floor, Chicago, IL 60603

Telephone: (312) 913-0625

Email: mswenson@semradlaw.com

5. **Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable): _____

Printed Name of Co-Applicant (if applicable): _____

Address: _____

Telephone: _____

Email: _____

6. **Notarization**
STATE OF __Illinois__
COUNTY OF __Cook__

This Application for Unclaimed Funds, dated 1/11/22 was subscribed and sworn to before me this 1st day of Jan, 20 22 by

__Megan A. Swenson__
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _[signature]_

My commission expires: 2/17/25

LIZZETT Y. GUTIERREZ
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires Feb 17, 2025

6. **Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20 _____ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires: _____

Form 1340        Application for Payment of Unclaimed Funds        Page 2