# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ) Case Number:
)
)
) Chapter:
)
Debtor(s) )

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On_____, an application was filed for the Claimant(s), _____, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $_____ held in unclaimed funds be made payable to _____ and be disbursed to the payee at the following address:
_____.

Enter:

Dated: _____
United States Bankruptcy Judge